1010

No. 417. CALIFORNIA *v.* CURRY ET AL. Dist. Ct. App. Cal., 2d App. Dist. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gordon Ringer* and *Jack K. Weber,* Deputy Attorneys General, for petitioner.

No. 705. CALIFORNIA *v.* WILLIAMS. Dist. Ct. App. Cal., 1st App. Dist. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Edward P. O'Brien* and *Michael R. Marron,* Deputy Attorneys General, for petitioner.

No. 880. CALIFORNIA *v.* POLK ET AL. Sup. Ct. Cal. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edsel W. Haws,* Deputy Attorney General, for petitioner. *Stephen W. Shaughnessy* for respondents.

No. 1035. CALIFORNIA *v.* FLORES. Dist. Ct. App. Cal., 2d App. Dist. Motion to dispense with printing respondent's brief granted. *Thomas C. Lynch,* Attorney General